IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT PETERSON,<br><br>           Plaintiff,<br><br>      vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and<br>THOMAS J. VILSACK, in his Official Capacity as Secretary of the United States Department of Agriculture,<br><br>           Defendants. | 8:15CV40<br><br>ORDER |

This matter is before the court on the parties' Rule 26(f) Report (Filing No. 18). This being an appeal of a final agency action, the matter is appropriate for disposition by dispositive motion. Accordingly,

**IT IS ORDERED**:

1. The parties shall have until **August 11, 2015**, to file any motion to supplement the administrative record.

2. The plaintiff shall have until **September 10, 2015**, to review the record and serve any requests for discovery.

3. The plaintiff shall have until **October 13, 2015**, to file a motion for summary judgment.

4. The defendant shall have until **November 12, 2015**, to respond to the plaintiff's motion and file a cross-motion for summary judgment.

5. The plaintiff shall have until **November 23, 2015**, to file a reply.

6. Should the court require any further proceedings in the matter, the parties will be notified by the court.

Dated this 12th day of June, 2015.

                              BY THE COURT:

                               s/ Thomas D. Thalken
                              United States Magistrate Judge